*MHN*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

DEC 03 2007 *aew*
DEC 03 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

*Paul Jarnell Taylor*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*MR. Superintendent Snooks.*
*Superintendent McGuire,*
*Superintendent Dlexico,*
*Superintendent Andrew.,*
*Superintendent Salazar,*
*Superintendent Brown,*

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**07CV6799**
**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE COLE**

Case No:_____
(To be supplied by the Clerk of this Court)

*Jury Demand:*

**CHECK ONE ONLY:**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
      **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.     Plaintiff(s):**

A.     Name: _Paul Darnell Taylor #2006-0080893_

B.     Date of Birth: _September 8th 1965    9/8/65_

C      List all aliases: _NONE_

D.     Prisoner identification number: _2006-0080893_

E.     Place of present confinement: _Chicago, Cook County Jail_

F.     Address: _P.O. Box. 089002 Chicago, Ill 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

1)   A.     Defendant: _Mr. Aguire;_

Title: _Superintendent / Division_

Place of Employment: _Cook County Sheriff_

2)   B.     Defendant: _Mr. Snook;_

Title: _Superintendent / Division_

Place of Employment: _Cook County Jail_

9)   C.     Defendant: _Mr. Brown_

Title: _Superintendent / Division_

Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

PLAINTIFF(S) : VS. DEFENDANT(S) :

PAUL JARNELL TAYLOR; (PRO-SE)
#2006-0080893
P.O. BOX 089002
CHICAGO, ILL 60608

4) D.  DEFENDANT(S) : SALAZAR;
    TITLE: SUPERINTENDANT / DIVISION VIII
    PLACE OF EMPLOYMENT : COOK COUNTY JAIL

5) E.  DEFENDANT(S): ANDREW;
    TITLE: SUPERINTENANT / DIVISION
    PLACE OF EMPLOYMENT: COOK COUNTY JAIL

6) F.  DEFENDANT(S): MR. PLEXICO; II
    TITLE: SUPERINTENDANT / DIVISION
    PLACE OF EMPLOYMENT COOK COUNTY JAIL

7) G.  DEFENDANT(S): MR. FRANCO;
    TITLE: CAPTIAN / DIVISION
    COOK COUNTY JAIL; PLACE OF EMPLOYMENT

8) H.  DEFENDANT(S) UNKNOWN; MRS. CIVILIAN;
    TITLE: OFFICER / DIVISION XI
    PLACE OF EMPLOYMENT COOK COUNTY JAIL

( 2 A )

PLAINTIFF(S) ; Vs. DEFENDANT(S):

9.) I. DEFENDANT(S): Mr; UNKNOWN;
TITLE: SHERIFF; OFFICER/DIVISION XI
Place of Employment: Cook County Jail

10) J. DEFENDANT(S): Mr; UNKNOWN;
TITLE: SHERIFF; OFFICER/DIVISION XI
Place of Employment: Cook County Jail

11.) K. DEFENDANT(S): Mr; UNKNOWN;
TITLE: SHERIFF; OFFICER/DIVISION IX
Place of Employment: Cook County Jail

12.) L. DEFENDANT(S): Mr; UNKNOWN;
TITLE: SHERIFF; OFFICER/DIVISION
Place of Employment: Cook County Jail

13.) M. DEFENDANT(S): Mr
TITLE: SHERIFF; /DIVISION
Place of Employment: Cook County Jail

14.) N. DEFENDANT(S): Mrs; UNKNOWN
TITLE: NURES; DIVISION I RECEIVING
Place of Employment: Cook County Jail

(2-B)

PLAINTIFF(S); Vs. DEFENDANT(S):

15) O.    DEFENDANTS); MRS; UNKNOWN;
          TITLE:                DIVISION XI
          PLACE OF EMPLOYMENT COOKCOUNTY JAIL.

16.) P.   DEFENDANTS: MR. TRIVIENO
          TITLE: OFFICER; DIVISION
          PLACE OF EMPLOYMENT COOKCOUNTY JAIL.

17.) Q.   DEFENDANTS: MR. UNKNOWN
          TITLE: OFFICER; SHERIFF
          PLACE OF EMPLOYMENT: COOKCOUNTY JAIL.

18.) R.   DEFENDANTS: MR. GREENE
          TITLE: SHERIFF; OFFICER SEREGAENT. DIVISION X
          PLACE OF EMPLOYMENT: Cook County JAIL.

19.) S.   DEFENDANTS: MR; PLUNKETT;
          TITLE: SOCIAL WORKER; DIVISION XI
          PLACE OF EMPLOYMENT: COOK COUNTY JAIL.

20.) T.   DEFENDANTS: MR; MARTINEZ;
          TITLE: SOCIAL WORKER; DIVISION X
          PLACE OF EMPLOYMENT: COOKCOUNTY JAIL.

(2-C)

21) DEPRIVATION OF THE UNITED STATES CONSTITUTION
TO THE UNITED STATES CONSTITUTION OF AMERICA (1ST.)

22) FIRST AMENDMENT CONSTITUTIONAL RIGHTS:
THE DEFENDANT(S) AGUIRE; SNOOKS; MRS; UNKNOWN;
MRS; UNKNOWN; MRS; UNKNOWN; MRS; UNKNOWN;
ME; UNKNOWN; ALL DEPRIVIED THE PLAINTIFF, OF ANY
CHANCE TO APPEAL HIS DISCIPLINARY INFRACTION(S).

23) THEIR IS A APPEALING PROCESS AT THE CHICAGO COOKCOUNTY
JAIL, HOWEVER; NO DISCIPLINARY COMMITTEE CHAIRPERSON,
AND/OR MEMBER WOULD ACCEPT PLAINTIFF(S) APPEAL, AGAINST
POLICY, RULES, REGULATIONS & DISCIPLINARY PROCESS.

24.) DEFENDENT(S): (U.) MRS; UNKNOWN; IS THE _____ OF THE
COOKCOUNTY JAIL DIVISION IX ADMINISTRATION HEARING OFFICER,
(D.H.O) SHE REFUSED TO GIVE PLAINTIFF ANY APPEAL FORMS TO APPEAL,
HIS DISCIPLINARY REPORT GUILTY VERDICT.

25.) DEFENDANT(S); (V.) MRS; UNKNOWN; IS A DISCIPLINARY HEARING
MEMBER; FOR DIVISION IX SHE IS A SHERIFF OFFICER, SHE ALSO
FAILURE TO GIVE PLAINTIFF AN APPEAL FORM TO APPEAL HIS
GUILTY VERDICT.

26.) DEFENDANT(S): (W.) MRS; UNKNOWN; IS THE DISCIPLINARY HEARING
OFFICER; ON THE DISCIPLINARY COMMITTEE SHE FAILURE TO GIVE THE
PLAINTIFF, AN APPEAL FORM TO APPEAL HIS DISCIPLINARY GUILTY
VERDICT.

27.) DEFENDANT(S): (X.) MRS; UNKNOWN; IS A SGT; FOR THE COOKCOUNTY
JAIL, DISCIPLINARY COMMITTEE SHE FAILURE TO GIVE PLAINTIFF AN APPEAL
FORM AFTER A GUILTY VERDICT FROM A DISCIPLINARY REPORT.

2-D

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _CV-07-C5097_

B.  Approximate date of filing lawsuit: _SEPTEMBER 14th 2007_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _(ONE) 1_
_PAULA TAYLOR 2006-0080893_

D.  List all defendants: _CHICAGO POLICE DEPARTMENT et, all,_
_DEFENDANTS) Bell, JOHNSON, HAVELEKA,_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _UNITED STATES DISTRICT COURT_

F.  Name of judge to whom case was assigned: _MEGISTRATE JUDGE_
_MILTON I. SHADUR._

G.  Basic claim made: _VIOLATION OF FOURTH AMENDMENT &_
_5th AMENDMENT. CONSTITUTION TO THE UNITED STATES_
_CONSTITUTION OF AMERICAN._

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed?
Is it still pending?): _YES., THE CASE IS NOW SET_
_FOR STATUS HEARING_

I.  Approximate date of disposition: _NONE_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 5/2007

DEFENDANT(S):

28.) DEFENDANT(S): (Y.) MRS; UNKNOWN IS A CIVILIAN ON THE DISCIPLINE
Committee. SHE FAILURE TO GIVE THE PLAINTIFF, AN APPEAL FORM
TO APPEAL HIS DECISION ON DISCIPLINARY GUILTY VERDICT.

29.) DEFENDANT(S): (O) MRS; UNKNOWN; IS A SERGENT ON THE
DISCIPLINARY HEARING Committee. SHE FAILURE TO GIVE THE PLAINTIFF
AN APPEAL FORM TO APPEAL, HIS GUILTY VERDICT.

30.) DEFENDANT(S): (II.) Me. UNKNOWN; IS A CIVILIAN FOR THE DISCIPLINARY
HEARING Committee. HE FAILURE TO GIVE PLAINTIFF AN APPEAL FORM
TO APPEAL HIS GUILTY VERDICT BY DISCIPLINARY REPORT.

31.) DEFENDANT(S): (A.) Me. AGUIRE; IS THE SUPERINTENDENT AT DIVISION
HE FAILURE TO PROVIDE APPEAL FORM/SYSTEM FOR PLAINTIFF
AND REFUSED TO HEAR PLAINTIFF APPEAL ON REGULAR PAPER.

32.) DEFENDANT(S): (B.) Me. SNOOK, IS THE SUPERINTENDENT AT
DIVISION IX HE REFUSED TO PROVIDE FORMS/SYSTEM FOR PLAINTIFF
AND REFUSED TO HEAR PLAINTIFF APPEAL ON REGULAR PAPER.

33.) ALL THE ABOVE DEFENDANT(S) PARTICIPATED IN WILFULLY DEPRIVING
PLAINTIFF HIS FIRST AMENDMENT CONSTITUTIONAL RIGHTS FAILURE TO
ASSIST PLAINTIFF HIS RIGHT TO [REDRESS A WRONG] BY THE (1ST)
AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION TO THE
UNITED STATE CONSTITUTION OF America. (LAIM STATE).

( 4 )

# DUE PROCESS CLUASE CLAIMS :

34.) DEFENDANT(S):   TEDESO; KICKED, REPEATEDLY PLAINTIFF, IN HIS HEAD, WHILE HE WAS ON THE GROUND, HAND CUFFED BEHINED HIS BACK.

35) DEFENDANT(S): (Z.) UNKNOWN PUNCHED, REPEATEDLY PLAINTIFF, WHILE HAND CUFFED, IN HIS CELL.

36) DEFENDANT(S): (R.) BREENE; REPEATEDLY SLAPPED; PUNCHED; PLAINTIFF, IN HIS MOUTH AND FACE, WHILE HAND CUFFED, BEHINED HIS BACK.

37) DEFENDANT(S):   TRIEVINO; CHOKED, PLAINTIFF BUSTING A BOIED/SESSE, PLACED PLAINTIFF, IN A DIVISION XI HOLDING CELL INSTEAD OF MEDICAL CLINIC/HOSPITAL. PLAINTIFF, WAS(REFUSED) MEDICAL TREATMENT) WHILE BLEEDING FROM HIS NECK; FOR HOURS DEFENDANT DID NOT CARE !!!

38.) THAT;; ALL DEFENDANTS DID BREACH THEIR DUTIES TO PREVENT THE PLAINTIFF FROM HIS INJURIES., AND THE BELOWE DEFENDANT(S) AGUIRE; SNOOKS; KNEW OF THE DEFENDANT'S PRIOR EVENTS, AND ACTIVETIES. DEFENDANTS AGUIRE; SNOOKS (FAILURE TO PROTECT) THE PLAINTIFF, FROM HIS INJURIES : PLAINTIFF SUFFERD CONCUSSION, AND BUSTED MOUTH, CAUSED BY THE DEFENDANTS AND (REFUSED) MEDICAL TREATMENT) EVEN SHOWING BUSTED THROUTH, WAS BLEEDING. CONSTITUTES A VIOLATION OF MR; PAUL D. TAYLOR; (     FOURTEENTH)     &14th DUE PROCESS CLAUSE RIGHTS BY THE UNITE STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

( 4-A )

PLAINTIFF VS. DEFENDANT(S)

39.) DEFENDANT SERGEANT ROBINSON;
TITLE: SERGEANT AT DIVISION IX
SHERIFF AT CHICAGO COOK COOK JAIL

40.) DEFENDANT ROBINSON; PLACE) PLAINTIFF IN PUNITIVE SEGREGATION
FOR NO REASON AT ALL. THE DEFENDANT ROBINSON NEVER ISSUE)
A DISCIPLINARY REPORT (D.R.) TO THE PLAINTIFF AND/OR ANY
DUE NOTICE OF INVESTIGATION. THIS CONSTITUTE'S A VIOLATION
OF MR. PAUL DARNELL TAYLOR'S, DUE PROCESS RIGHT BY THE
DUE PROCESS CLAUSE: BY THE (   14th) AMENDMENT CONSTITUT-
-IONAL RIGHTS TO THE UNITED STATES CONSTITUTION TO THE
UNITED STATES CONSTITUTION OF AMERICA.

41.) DEFENDANT (B): MR. SNOOKS; WAS THE SUPERINTENDANT AT THE
CHICAGO COOK COUNTY JAIL DIVISION IX HE HAS THE OVER ALL
AUTHORITY TO CORRECT THE CONSTITUTIONAL VIOLATION. HOWEVER;
DEFENDANT SNOOKS; FAILURE TO CORRECT DEFENDANT ROBINSON,
CONSTITUTIONAL DUE PROCESS CLAUSE BY THE      & 14th AMENDMENT
RIGHTS TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES
CONSTITUTION OF AMERICA.

42.) INJURIES: DEPRIVIED DUE PROCESS; PERSONAL PROPERTY;
LIBERTY INTEREST; PSYCHOLOGICAL ABUSE; PRIVATE PRIVILEGES.

( 4-B )

PLAINTIFF Vs. DEFENDANT(S):

DUEPROCESS CLAUSE CLAIMS:

43.) THAT; DEFENDANT(S); MR; UNKNOWN; IS A CIVILIAN; (H.) IS MRS; CIVILIAN; UNKNOWN; MRS; UNKNOWN SERGEANT; MRS; — UNKNOWN SERGEANT; MRS; LIEUTENANT. UNKNOWN; MR. SCOTT; OFFICER; AND MRS; UNKNOWN; OFFICER. ALL WAS ON THE DISCIPLINARY ADMINISTRATIVE HEARING AT DIFFERANT TIMES. HOWEVER; THEY ALL FOUND PLAINTIFF GUILTY KNOWING THAT; THE DISCIPLINARY REPORT (WAS NOT) IN COMPLIANCE BY STATE, DEPARTMENT ORDERS, AND DIRECTIVES. BEING A MEMBER OF THE COOK COUNTY JAIL ADMINISTRATIVE DISCIPLINARY HEARING COMMITTEE/BOARD; THEY OWE PLAINTIFF A DUTY. THE DUTY TO BE HONEST; FAIR, AND IMPARTIAL WHILE ON THE DISCIPLINARY COMMITTEE/BOARD OR, AS A SWORN IN OFFICER BY STATE LAW TORTS.

44.) NO MEMBER EVER CALLED/INVESTIGATED MY WITNESS(ES); FOR AND/OR AGAINST PLAINTIFF. THEIR (WAS NOT) ANY FACT FINDING; IN THE GUILTY VERDICT. NONE OF THE DISCIPLINARY REPORT(S); WAS VAILD, HOWEVER; WHEN THE PLAINTIFF, POINTED THIS OUT THEY REFUSED/FAILURE TO CORRECT THE INFRACTION(S) OF THE TICKET(S); DISCIPLINARY REPORT(S). THE (7) DAY EXPAIRATION DATE AND THE (24) HOUR TO SERVE THE TICKET WAS EXPAIRED. HOWEVER; THE DISCIPLINARY COMMITTEE; EGNORED THIS VERY SERIOUS VIOLATION(S), OF THEIR OWN POLICY THAT CLEARLY STATES THAT; THE HEARING MUST BE HELD WITHIN (7) DAYS OF THE DELIVERY OF DISCIPLINARY REPORT. AND SHALL BE DELIVERED IN (24) HOURS.

( 4-C )

# Dueprocess Clause Claims:

45.) Some Disciplinary Hearings; The Plaintiff (was not) Given (48) Hours To Prepare For The Administrative Disciplinary Hearing Board. No Disciplinary Coordinator; To Investigate, Deliver The Disciplinary Report (DR) And Ask The Suspect would he Like To Queston The Witnesses); By way Of Questonaire. And Visit The Crime, Incident, Event; was Committed And/or Taken place. And To Gather Photo's; Witnesses; For And/or Against Plaintiff, By Material, Evidence, And Factfinding.

46.) What If Ad...son was Illiterate, And/or Cannot Understand The Disciplinary Procedure. He Should Be Asked If He Under-stand The Procedure. If He/She Does Not Aware He A Cookcounty Department Of Correction (Staff Assistance) If They Them-self, is Furmare with The Disciplinary System). Their (was not) A Copied Disciplinary Procedure Given To The Plaintiff, From A Disciplinary Coordinator Nor Administrative Hearing Board). The One Posted On The Wall; is Outdated And They Do Not Follow It At All.

47.) The Procedure is Dishonest. When A Officer(s); Deliver The Disciplinary Report (DR) He Already States In Writing That, You Refused. When And When Not You Receive The Report. This is Where There Should Be A Disciplinary Coordinator; To Asure There Will Be An Interview/Investigation For Majoes.

Due Process Clause Claims:

48.) The Disciplinary Administrative Hearing Board; states their opinion not fact when deciding the verdict of guilty. Their only basing their personal opinion not facts by the predondepence of evidence and the entire factor that it is most likely than not, that, the detainee(s); is guilty than not guilty. All the plaintiffs; guilty verdicts, was never, ever explained. That; the Disciplinary Administrative Hearing Decisions is only prejudice. The decision is one sided. This constitute's discrimination against plaintiff because he's a detainee, and constitutes a violation of Mr. Paul Darnell Taylor 14th Amendment discrimination to the United States Constitution to the United State Constitution of America.

49.) The Disciplinary Report Section II state that the hearing shall be held within (72) hours of the delivery. However; when the plaintiff mension this at the hearing the committee Me, civilian; Mrs, civilian; Sgt, unknown and the others on different times, Mrs; Sgt, unknown; Lt, unknown; Mrs, officer, sheriff, Mr. sheriff, refused to correct this serious constitutional right violation. This constitute's a violation of Mr, Paul Darnell Taylor; 14th Amendment Due Process Clause to the United States Constitution to the United States Constitution of America.

( 4-E )

# DueProcess Clause Claims:

50.) THE PLAINTIFF, NEVER RECEIVED DueNotice OF THE INITIONAL PLACEMENT ON REPORT. AND THE RIGHT TO Call HIS WITNESS(ES); By AND Through A Disciplinary Coordinator; BEFORE THE Disciplinary Administrative HEARING BOARD, HEARD THE PLAINTIFF Disciplinary Report (D.R) THE PLAINTIFF WAS TOLD THAT, HE HAD TO WRITE, THE WITNESSES Down ON A Piece OF PAPER. ONCE THE PLAINTIFF, DID SO THEY RENDER A(Guilty VERDICT); WITH NO ATTEMPT TO GATHER, Call, HIS WITNESS(ES). THIS, CONSTITUTES A FAILURE TO GIVE PLAINTIFF, A RIGHT TO (Due-Notice) TO Call, AND **PREPARE A QUESTONAIRE** FOR THE Disciplinary COORDINATOR, AND FOR THE Disciplinary Administrative HEARING BOARD. AND A VIOLATION OF MR. PAUL D. TAYLOR'S. CONSTITUTIONAL RIGHTS BY THE    14th AMENDMENT DueProcess Clause TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

51.) **Disclosure/Discovery** : DEFENDANT(S); NEVER SHOW THE PLAINTIFF A CLEAR PICTURE By Color, OF THE Home KNIFE, THAT, WAS SUPPOSE TO BE IN THE CELL. THE PICTURE WAS BLACK AND WHITE, THE PICTURE, WAS NOT LIABLE. THE SAME PICTURE THAT, WAS SHOWN AT THE Disciplinary A. ministrative HEARING BOARD; WAS USED FOR All INMATE(S), THAT HAD THE SAME TICKETS. THE PLAINTIFF, WAS DECEIVED OTHER Discovery FOR HIS APPEAL SUCH AS THE WRITEN REPORTS; INCIDENT/INFORMATION REPORTS(I.R's) THIS CONSTITUTE'S A VIOLATION OF Due PROCESS CLAUSE BY THE    14th AMENDMENT TO THE UNITED STATES CONSTITUTION OF AMERICA

( 4-F )

DUE PROCESS CLAUSE CLAIMS:

52.) THAT; THE PLAINTIFF WAS DENIED DUE NOTICE (POSTED NOTICE OF THE RULES & REGULATIONS BY, FOR, THE DEPARTMENT. THE CHICAGO COOK COUNTY DEPARTMENT OF CORRECTIONS DOES NOT HAVE A ORIANTATION FOR DETAINEES. THEIR IS NOT A SIGNING PROCEDURE FOR PROOF OF SEVICE OF THE ORIANTATION RULES OF THE DEPARTMENT. THEREFORE THE PLAINTIFF HAS NO KNOWELEDGE OF THE VIOLATIONS, OF DEPARTMENT ORDERS, DERECTIVE, POLICIES, RULES & REGULATIONS. THIS CONSTITUTE'S A VIOLATION OF (DUE NOTICE) BY THE            14th AMENDMENT TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA. (CLAIM STATED).

53.) ON OCTOBER 18th, 2007: PLAINTIFF WAS MOVED FROM DIVISION II TO DIVISION X FOR THE US OF MENTAL HEALTH - DYSCHIATRY MEDICATION. HOWEVER; THEIR WAS ONLY ONE DOI FOR THIS. THEIR WAS NOT MEDICATION FOR ME, AND THEIR NO REASON FOR PLACING PLAINTIFF IN A VERY DANGEROUS SITUATION. DIVISION X IS MURDER, ATTEMPT MURDER; ASSAULT, AGGRAVATED ASSAULT, THE PLAINTIFF HAD RESIDENTIAL BURGLARY. NO CHARGES OF VIOLIANCE. DIVISION X IS LOCKED DOWN EIGHTTEEN (18) HOURS A DAY. THE PLAINTIFF WAS IN MUMINIMUN SECURITY THAN PLACED IN MAX. THE CHICAGO COOK COUNTY DEPARTMENT OF CORRECTIONS DOES NOT HAVE A CLASSIFICATION PROGRAM. THE MENTAL HEALTH IS DIVISION VIII'S. ALWAYS HAS BEEN. THE DETAINEE'S, THAT TAKE /TOOK PSYCHOTROPIC DYSCH-MEDICATION, SOME MOVED TO DIVISION X: HOWEVER; THE

(4-6)

# Due Process Clause Claims:

54.) - Plaintiff Refused THEir MEdication., But THEy Refused to move Plaintiff, Back WHERE HE came From. THAT is Division II. Defendant(s) Plaxico; moved Plaintiff to Division X. Defendant(s) Andrew moved Plaintiff From Division X to Division VI WHERE HE's Now sleeping on THE Floor, From overcrowdness. THis constitutes A Failure To Classify Detainee Correctly Causing Him THE (Dyschological Abuse) Being In A Two man cell with Two otHER cell mates. THis constitutes A Violation of mr. Taylor's Due process Clause By THE       14th Amendment Rights To THE United states Constitution To THE United states Constitution of America.

55.) Retaliation By Defendant(s) Andrew. Because THE Plaintiff Refused THEre MEdication; Defendant Andrew promise THE Plaintiff THAT, HE will Get Even.      Stating "want Go Back To Division II." Anywhere But Division II. So Defendant(s) -Andrew; moved Plaintiff To THE worst Division THERE Is. And THAT is Division VI WHERE HE know THERE's THREE (3) In A cell. THis constitutes: Retaliation; A Violation of mr. Paul D. Taylor; (FUNDalmENT Fairness) By THE Due process Clause To THE   14th Amendment Rights To THE United state Constitution To THE United states Constitution of America. Due process Claim stated. All Defendant(s) Act "Deliberate Indiference."

( 4-H )

# Due Process Clause Claims:

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

56.) DEFENDANT MARTINEZ; REFUSED TO PROCESS TWO OF PLAINTIFF; INMATE GRIEVANCE. SOME WAS ALLEGING ALLEGA-TIONS OF ABUSE; ASSAULTS; (REFUSED MEDICAL TREATMENT) THIS CONSTITUTES A VIOLATION OF MR PAUL DARNELL TAYLOR'S (FIRST) 1ST AMENDMENT CONSTITUTIONAL RIGHT TO GRIEVANCE A WRONG; ... TO THE UNITED STATES CONSTITUTION OF AMERICA.

57.) DEFENDANT(S); PLUCKETT; REFUSED TO PROCESS A GRIEVANCE; VERY IMPORTANT GRIEVANCE; THIS CONSTITUTES A VIOLATION OF MR PAUL DARNELL TAYLOR; (FIRST) 1ST AMENDMENT CONSTITUTIONAL RIGHTS TO GRIEVANCE A WRONG; BY THE (FIRST) 1ST AMENDMENT CONSTITUTION TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES OF AMERICA.

58.) DEFENDANT UNKNOWN NURSE; REFUSED PLAINTIFF ANY MEDICAL ATTENTION; TREATMENT AFTER SHE WITNESS SERGENANT GREENE REPEATEDLY SLAP; PUNCHED THE PLAINTIFF THIS CONSTITUTES A DUE PROCESS CLAUSE

(4 I )

— BY (THE FIFTH AND FOURTEENTH ) 5th & 14th AMENDMENT TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA. 1

59.) DEFENDANT(S) SALAZAR; REFUSED TO PROVIDE THE PLAINTIFF WITH HOT WATER; FOR SHOWERS; IN THE ENTIRE WINTER NOVEMBER 2006 THOROUGH APPROXIMATELY JANUARY 2007; THE PLAINTIFF WAS FORCED BY RULES FOR DIVISION VIII TO TAKE A SHOWER EVERY SINGLE DAY. THIS CONSTITUTES A VIOLATION OF DUE PROCESS — CLAUSE BY THE        FOURTEENTH ) 14th AMENDMENT CONSTITUTIONAL RIGHTS TO THE UNITED STATES TO THE UNITED STATES CONSTITUTION OF AMERICA.

(4-J)

60.) DEFENDANT; (6.) CAPTIAN FRANCO; ORDERED A SEARCH OF PLAINTIFF CELL WHILE HE WAS ORDERED IN THE RECREATIONAL DIN. PLAINTIFF CANNOT WHICH THE SEARCH. PLAINTIFF PROPERTY SHOES; ETT: WAS DESTROED. THIS CONSTITUTES A VIOLATION OF M6 PAUL D. TAYLOR; 4th AMENDMENT SEARCH AND SEIXURE, OF PROPERTY WITHOUT PROBABLE CAUSE VIOLATION TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA. PLAINTIFF NEVER RECEIVE ANY RESTITUTION FOR HIS PROPERTY AND/OR RECOVERD ANY OF IT !!!



Revised 5/2007

**61) V. Relief Demand: Plaintiff Demand The Following:**

Issue/A) Plaintiff Request That; The Honorable Court Wherefore Grant; All Rights Restore Back To The Plaintiff By Way of Delatory Relief: By Exempting; Exspong; The Disciplinary Reports, Records of Guilty Verdicts, And Grant Condensatory Damages; For All Day The Plaintiff Spent In Punitive Segregation, And The Psychological Abuse; Mental Injuries; Being Locked Down For No Reason. "Declatory Judgment"; Granting A New Policy For Inmates)/Detainees Appeal System; That There Be (Three Page Forms) Stating Caption Appeal, And The Format Be (Due Process Requirement) (Burden of Proof) And (The Severalty of Penalty) That There Should And Shall Be A ~~Disciplinary~~ Disciplinary Coordinator, Conduct All Minor Disciplinary Violation, And Investigate All Major Disciplinary Violations, By Retrieving Any Verbal/Writen Statements) By The Detainee, And S/He Witnesses)., And Be Given (48) Hours) To Prepare For The Hearing, And A Staff Member Working For The (Out Side) Assist The Detainee(s) By A Way of (Staff Assistance To The Illiterate). Grant; Punitive) Damages, For The Wilful misconduct of The Defendants on The First Amendment Constitutional Rights Violation / Due Process Clause The Plaintiff Was Injurie) Physically, Mentally; By Shock; Teuama; Humiliation, Embarassment; Mental Anguish; The Violation of Mr. Paul D. Taylor Fifth & Fourteen Amendment Due Process Clause To The United States Constitution To The United States Constitution of America.

a) Issue B. The Plaintiff Demands That The Declatory Judgment:

(4

VI (62)

INCLUDE ALL PARTIES/DEFENDANTS BY EXEMPT/EXONORATED FROM THEIR
DUTIES. AND AWARD PLAINTIFF COMPENSATORY/PUNITIVE DAMAGES FOR
A SUM ONE MILLION DOLLARS/1,000,000 DOLLARS.

63 VI. THE PLAINTIFF DEMANDS THAT THE CASE BE TE. BY JURY:

## CERTIFICATION: OF SERVICE

By SIGNING THIS COMPLAINT, I CERTIFY THAT THE FACTS STATED IN
THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEGE, INFORMATION
AND BELIEF. I UNDERSTAND THAT IF THIS CERTIFICATION IS NOT CORRECT,
I MAY BE SUBJECT TO SANCTIONS BY THE COURT.

RESPECTFULLY SUBMITED THIS 29th DAY OF NOVEMBER, YEAR, 2007.
BY PAUL DARNELL TAYLOR
   Paul Darnell Taylor
P.O. BOX 089002
CHICAGO, IL 60608

ONE AND TWO COPIES TO THE CLERK, OF THE HONORABLE COURT
              219 SO. DEARBORN ST,
              CHICAGO, ILLINOIS 60604

THE UNITED STATES DISTRICT COURT HOUSE
  FOR THE DISTRICT OF, FOR, ILLINOIS:
PLAINTIFF, HAS EXCESSIVE AMOUNT OF DEFENDANTS PLEASE EXCEPT THE ADDITIONAL
PAGES BY FEDERAL RULES?

              (6-A)

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THE PLAINTIFF DEMANDS: IS THAT ALL DEFENDANT(S), BE RESTRAINED FROM THEIR PRE-JUDICIAL DECISIONS ON THE PLAINTIFF DISCIPLINARY ADMINISTRATIVE HEARING(S). THE PLAINTIFF REQUEST THIS HONORABLE COURT TO ASSIST PLAINTIFF, IN RESTRUCTORING A NEW AND APPROVE DISCIPLINARY SYSTEM AND/OR POLICY, PROCEDURE(S).

VI.   The plaintiff demands that the case be tried by a jury.   ■ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29th day of November 20 07

PAUL DARNELL TAYLOR #2006-0080893

(Signature of plaintiff or plaintiffs)

PAUL DARNELL TAYLOR 2006-0080893
(Print name)

2006-0080893
(I.D. Number)

P.O. BOX 089002
CHICAGO, ILLINOIS 60608
COOK COUNTY JAIL.
(Address)

7

Revised 5/2007

PLAINTIFF(S); VS. DEFENDANT(S):

5). THAT; ALL DEFENDANT(S) IS BEING SUED IN THEIR INDIVIDUAL & OFFICAL CAPACITY AND IS IN ONE WAY OR ANOTHER IN VIOLATION OF Mr. PAUL TAYLOR, FIRST (1st) - FOURTH (4th) & FIFTH (5th) - FOURTEENTH 14th AMENDMENT CONSTITIONAL RIGHT(S) TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA.

6). THE PLAINTIFF REQUEST PERMISION TO SUE UNDER 42 U.S.C.A 1983 CIVIL ACTION LITERGATION AND BY THE JURISDICTION TITLE 28 SECTION 1331 U.S. CODE.

67); THAT THE PLAINTIFF WILL ILLUSTRATE A CLAIM THAT RELIEF CAN BE DEMAND. AND THAT THE PLAINTIFF, PAUL DARNELL TAYLOR #5006-0080893 DULY SWARE DEPOSE AND SAYS: THAT THAT HE CAN & WILL PROVE BY THE PREPOUNDENCE OF ALL EVIDENCE, THAT; THE DEFENDANT(S) ALL WILFULLY & PURPOSEFULLY VIOLATED Mr. PAUL D. TAYLOR, CONSTITUTIONAL RIGHTS TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA. UNDER THE PENALTY OF PERJURY 28 U.S.C.A. 1746 SO HELP ME GOD.

#5006-0080893

8