IN THE UNITED STATES DISTRICT COURT, FOR
THE NORTHERN DISTRICT OF ILLINOIS:

**FILED**
JAN 16 2008
Jan 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Paul Darnell Taylor
   Plaintiff
      V
Superintendent Snooks,
   Defendant(s).

CASE No# 1:07-C 6299
HONORABLE JUDGE

REQUEST FOR COPIES OF
THE FIRST ORIGINAL COMPLAINT.

THE PLAINTIFF, IS (PRO SE) AT THIS TIME. THE PLAINTIFF, NOTICE, WHEN THE CLERK OF THE HONORABLE COURT, MISTAKABLELY FORGOT TO GIVE PLAINTIFF, HIS RETURN COPY FROM THE INITIAL FILING OF HIS COMPLAINT. THE PLAINTIFF, DID SEND THREE COPIES, FOR ONE RETURN BACK.

THE PLAINTIFF IS ALSO REQUESTING THE LOCAL RULES OF CIVIL PROCEEDINGS / PROCEDURE. AND IF POSSIBLE, THE RULES OF FEDERAL CIVIL PROCEDURES. IF SO THE MAIN RULES NEEDED. 14-15-16(C) 18-19-24(a) 26(a+b) 30(a)-31(a)-33(a) 34(a) 34(a) 38(a) 48(a) 54(a) 55 9 56(a)57(a) 58(a) 59(a) 60(a) 65(a) 65(C) THE LAW LIBRARIAN WILL NOT LET US COPY THE BLACKS LAW DICTIONARY & FEDERAL RULES OF CIVIL PROCEDURES AND THE ILLINOIS COMPALIATE STATUE ILCS 2006 & 2007 EDITION FOR THE REASONS OF NOT EDUCATING US FOR FUTURE LAW SUITES. THIS IS A DENIAL OF ACCESS TO THE HONORABLE COURTS. I ALMOST FORGOT. PLEASE SEND A 1983 CIVIL ACTION PACKETT; WITH LOCAL RULES, ESPECIALLY LOCAL RULE 1.9(a)(f) 1.19(a)-f) AND HOW TO APPEAL A LAWSUIT.

RESPECTFULLY SUBMITTED BY Paul Darnell Taylor 2006-0080893
P.O. Box 089002, CHICAGO, ILL 60608 DIVISION (5) C-2-

/s/ Paul Darnell Taylor                    JANUARY 09 2008

1