IN THE UNITED STATES DISTRICT COURT,
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL DARNELL TAYLOR<br>PLAINTIFF<br>V<br>SUPERINTENDENT SNOOKS<br>DEFENDANT(S) | CASE No.# 1:07-C-6799<br><br>THE PLAINTIFF, REQUEST TO<br>ADD JOINERS |

FILED
JAN 16 2008
Jan 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Now comes, plaintiff, Paul D. Taylor, carcerated at Cook County Jail, Chicago, IL. Plaintiff will request that, this Defendant be added to the docket pursuant to Fed. R. Civ. Pro 18 allowes' me to do so.

1.) That, the plaintiff, just found out the **SUPERINTENDENTS** name, and remeber; that, he, was one of the ones whom transfered; Plaintiff, from Division XI too Division IX Lock Down, Punitive Segregation, instead of releasing plaintiff. The plaintiff suffered injuries; Because of defendant Tediso; kicking, punching, plaintiff, while handcuffed behined his back, on the floor.

2.) Defend. nt Hickerson, should be added as a defendant for the following reasons: On Feburary 2006 Defendant Hickerson, Deprived plaintiff, of a right of redressing a wrong. Defendant Hickerson, refused to answer plaintiff appeal from a unfair disciplinary Administrative Hearing Board. The plaintiff, remain in punitive segregation, for c. =r a month, suffering mental distress; pyschological abuse. This is a violation of Mr. Taylor's Due Process Clause) Please see Count II.

1

1.
2. Defendant Hickerson; had plaintiff moved because he wrote to many
3. grievance on staff. This move was because of Taylor's request for,
4. correctional officer; (unknown at this time,) held the door for
5. other detainee's, can finish attacking plaintiff. I request that,
6. he be moved to another division. Defendant Hickerson; moved plaintiff,
7. out of retaliation. This was (not fair) and discrimitory. The plaintiff,
8. was deprive(equal protection.) and violates Mr. Taylor's constitut-
9. -iona rights by the 14th Amendment (equal protection) to the united
10. States constitution to the united states constitution of America.
11.
12. On February 2006: The plaintiff; was attacked by detainee's,
13. (Willis Pease.). He injured plaintiff, after poping out of his cell,
14. and attacking plaintiff, while in Division XI punitive segregation.
15. The plaintiff suffered: A busted lip, head and face injuries. This
16. constitutes (failure to protect) and a violation of Mr. Taylor's,
17. 14th Amendment Due Process clause to the united states constitution
18. to the united states constitution of America.
19.
20. Wherefore: The plaintiff, pray that, his request be granted
21. for the reasons set forth herein.
22.
23. I hereby certify that, I plaintiff, Paul D. Taylor duly swear that,
24. the foregoing legal document(s) is being mailed via First Class Legal Mail,
25. this 09th day of January; 2008. By Paul Jarnell Taylor 20060080893
26.     Paul Jarnell Taylor
27.     P.O. Box 089002
28.     Chicago, IL 60608

2