IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT.
FOR THE STATE OF ILLINOIS
EASTERN DIVISION.

1  PAUL D. TAYLOR
2  PLAINTIFF
3
4       V
5
6  SUPERINTENDENT SNOOK
7  DEFENDANT.

CASE NO. 1:07 C 6799
PRESIDING THE HONORABLE JUDGE DER-

MOTION TO EXTEND TIME.
FED. R. CIV. PRO. 6(d)

**FILED**
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10  Now Comes, the Plaintiff Paul Darnell Taylor, without
11  representation of counsel. The Plaintiff, is Pro-Se Incarcerate
12  at the Cook County Department of Correction. The Honorable Judge
13  Der-     Order Plaintiff to complete his attempt to
14  file Impauperis 42. USCA 1915: for Indigent Complaint.
15
16  1) The Department, continue to move Plaintiff, from Division
17  to Division on the spare of the moment.
18
19  2) The Department does not give me write out stamped envelopes,
20  knowing that I'm Indigent. When I request for copies,
21  they charge me with no money. They know I'm litergating,
22  and doing me criminal procedures.
23
24  3) The Counselor, Mr. Martinez, wilfully delay my civil proceeding,
25  by withholding court documents. Some of this is on the motion
26  to add joiners pursuant to Fed. R. Civ. Pro. 15(a) 19(a)
27
28

1

1
2  WHEREFORE: Plaintiff pray that this Honorable
3  Court to grant the plaintiff time enlargment, to
4  the end of the working day of 26t. February, 2008.
5
6  I hereby certify that the legal documents, is mailed
7  via First Class Legal Mail, this February 17th, 2008.
8
9  By Paul Taylor   2006-0080893
10    Paul Jarnell Taylor 2006-0080893
11    Cook County Department of Correction
12    P.O. Box 089002
13    Chicago, Il 60608
14
15  ~~One Copy Two  Two Copies, Two~~
16
17  One Original and Two Copies, to the Clerk, of
18  the Honorable Court The United States District Court
19    219 S. Dearborn St.,
20    Chicago, Ill 60604
21
22  Respectfully Submited this  18th  day of February,
23  2008: year
24
25
26
27
28

2