IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT OF Illinois
EASTERN DIVISION

**FILED**
FEB 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Paul Jarnell Taylor
Plaintiff

V

Doctor Contour;
Defendant(s):

Case No:# 1:07 C 6799
Presiding Judge Honorable Der Yeghiayan

MOTION: INJUNCTION / A Temporary Restraining Order; Relief:

Now Comes, Plaintiff Paul D. Taylor, Incarcerated Prisoner/Detainee, Requesting that the Honorable Court Grant the Above Entitled Case, Styled Motion: Injunction / A Temporary Restraining Order Relief Demand: The Plaintiff, filed This Civil Action Without the Representation of Counsel, However; Plaintiff, Infact Has Request That, This Honorable Court Do Grant Him, Representation For The Medical / Mental Care Terminology and Records of This Chicago Cook County Department of Corrections. This will Include and Not Limited To Classification; Condition of of Confinement; food, Shelter, Recreation; Law Library; Disciplinary Procedures; Visitation; Overcrowness; Federal Mail process."

1) Upon This Complaint The Supporting Affidavit Will Show Reasons, That, This Honorable Court Should Grant Plaintiff This Injunction And /or Temporary Restraining Order Relief, In part / In Full. This is A Very Serious Matter, That Imidiately Needs To Be Address Now In A form of Emergency. Please See Affidavit.

1

2.) THIS MOTION ADDRESSES THE CORRECTIONAL OFFICAL IGNORING MY VERY SERIOUS DANGER, TO PHYSICAL/MENTAL NEEDS, AND THE PSYCHOLOGICAL ABUSE, IRREPARABLE HARM, ITS CAUSED!!!

WHEREFORE: GRANT PLAINTIFF MOTION: INJUNCTION AND/OR A TEMPORARY RESTRAINING ORDER. FOR THE REASONS, SET FORTH IN THE AFFIDAVIT IN SUPPORT OF MOTION; INJUNCTION/TEMPORARY RESTRAINING ORDER; RELIEF. AND ANY OTHER THING THAT, IS NECESSARY OR DEEM.

THE PLAINTIFF, RESPECTFULLY SUBMITS THIS ON __28__ DAY OF, __FEBRUARY__; YEAR, 2008! BY PRO-SE PLAINTIFF

Paul Darnell
Paul D. Taylor
P.O. BOX 089002
CHICAGO, Ill 60608

ONE ORIGINAL AND ONE COPY TO: THE CLERK OF THE COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN. STREET;
CHICAGO, Ill 60604

2

I HEREBY CERTIFY THAT, THE FOREGOING LEGAL DOCUMENTS, IS MAILED THIS DAY 18 MONTH OF FEBRUARY, YEAR, 2008: VIA FIRST CLASS LEGAL MAIL TO: THE UNITED STATE DISTRICT COURT HOUSE FOR THE NORTHERN DISTRICT OF ILLINOIS. ONE ORIGINAL AND TWO COPIES TO CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DIVISION
219 SOUTH DEARBORN. ST.,
CHICAGO, ILL 60604

RESPECTFULLY SUBMITED THIS 18th DAY MONTH OF FEBRUARY, YEAR 2008: By Paul Darnell Taylor
PAUL DARNELL TAYLOR
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, ILL 60608:

DIVISION IX 2091 (2G)

PAUL DARNELL TAYLOR 2006-0080893
PRO-SE PLAINTIFF

(3)