# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6799 | **DATE** | 3/13/2008 |
| **CASE TITLE** |  | Paul Darnell Taylor (#2006-0080893) vs. Superintendant Snooks | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [9] is denied. Plaintiff's motion for injunction/a temporary restraining order [10] is denied without prejudice.

■[ For further details see text below.]     Docketing to mail notices.

## STATEMENT

     This matter is before the court on Plaintiff Paul Darnell Taylor's ("Taylor") motion for leave to proceed *in forma pauperis*. Taylor has failed to properly complete his *in forma pauperis* application form. For example, Taylor has failed to list his prior employment. Thus, Taylor has not provided sufficient information for the court to determine whether Taylor's motion for leave to proceed *in forma pauperis* should be granted, and therefore, we deny the motion. Taylor is given until April 1, 2008, to either file an accurately and properly completed *in forma pauperis* application form or pay the filing fee. Taylor is warned that if he fails to either file an accurately and properly completed *in forma pauperis* application form or pay the filing fee by April 1, 2008, this action will be dismissed.

     Taylor has also filed a motion entitled "Injunction/A Temporary Restraining Order; Relief" ("TRO Motion"). A motion for injunctive relief is premature since Taylor has not yet paid the filing fee in this case. In addition, Taylor has not provided a sufficient basis in his *ex parte* filings to warrant granting Taylor immediate injunctive relief. Therefore, we deny the TRO Motion without prejudice.