FILED
APR - 2 2008
Apr 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

Paul Darnel Taylor
Plaintiff

v.

Superintendent Snooks
Defendant(s)

CASE NUMBER 1:07 C 6799

JUDGE Der-Yeghiayan

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Paul Darnel Taylor, declare that I am the ■plaintiff ☐petitioner ☐movant (other Pro-Se) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ■Yes ☐No (If "No," go to Question 2)
   I.D. # 2006-0080893 Name of prison or jail: Cook County Department of Corrections.
   Do you receive any payment from the institution? ☐Yes ■No Monthly amount: ______

2. Are you currently employed? ☐Yes ■No
   Monthly salary or wages: ______
   Name and address of employer: ______

   a. If the answer is "No":
      Date of last employment: Approximately December, 1998
      Monthly salary or wages: $1,800
      Name and address of last employer: The Ultima Travel 3200 W. Camelback Phoenix, Arizona 85016

   b. Are you married? ☐Yes ■No
      Spouse's monthly salary or wages: ______
      Name and address of employer: ______

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ■No
      Amount ______ Received by ______

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ■No
Amount ______ Received by ______

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ■No
Amount ______ Received by ______

d. ☐ Pensions, ■ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ■No
Amount 610.00 STOPPED NOVEMBER 2005! Received by SIX HUNDRED, TEN DOLLORS.

e. ☐ Gifts or ☐ inheritances ☐Yes ■No
Amount ______ Received by ______

f. ☐Any other sources (state source: ______) ☐Yes ■No
Amount ______ Received by ______

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐Yes ■No Total amount: ______
In whose name held: ______ Relationship to you: ______

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐Yes ■No
Property: ______ Current Value: ______
In whose name held: ______ Relationship to you: ______

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ■No
Address of property: I HAVE BEEN INCARCERATED SENSE SEPT. 25, 2005: OLE No. 2005-0076829
Type of property: ______ Current value: ______
In whose name held: ______ Relationship to you: ______
Amount of monthly mortgage or loan payments: ______
Name of person making payments: ______

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ■No
Property: ______
Current value: ______
In whose name held: ______ Relationship to you: ______

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
2005-0076829 NEW NUMBER, 2006-0080893: PLAINTIFF WAS IN THE HOSPITAL. CAME BACK IN RECEIVING 10/19/06 NEW NO# 2006-0080893

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: MARCH 27 2008

Signature of Applicant

PAUL DANIEL TAYLOR
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Paul Taylor, I.D.# 2006008093 has the sum of $0.03 on account to his/her credit at (name of institution) Cook County Jail. I further certify that the applicant has the following securities to his/her credit: .00. I further certify that during the past six months the applicant's average monthly deposit was $30.00. (Add all deposits from all sources and then divide by number of months).

3-27-08
DATE

Roy L. Puckett Jr.
SIGNATURE OF AUTHORIZED OFFICER

CRW R. L. Puckett Jr.
(Print name)

rev. 7/18/02




**TRANSACTION REPORT**
Print Date: 03/27/2008

Inmate Name: TAYLOR, PAUL
Inmate Number: 20060080893
Inmate DOB: 9/8/1965

Balance: $0.03

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 03/12/2008 | ORDER DEBIT | -8.32 | 0.03 |
| 03/10/2008 | RETURN CREDIT | 8.35 | 8.35 |
| 02/27/2008 | ORDER DEBIT | -10.24 | 0.00 |
| 02/21/2008 | ORDER DEBIT | -3.09 | 10.24 |
| 02/15/2008 | CREDIT | 10.00 | 13.33 |
| 02/13/2008 | ORDER DEBIT | -17.57 | 3.33 |
| 02/09/2008 | RETURN CREDIT | 15.69 | 20.90 |
| 02/06/2008 | ORDER DEBIT | -15.69 | 5.21 |
| 02/06/2008 | CREDIT | 20.00 | 20.90 |
| 01/30/2008 | ORDER DEBIT | -8.35 | 0.90 |
| 01/23/2008 | ORDER DEBIT | -15.64 | 9.25 |
| 01/19/2008 | RETURN CREDIT | 22.36 | 24.89 |
| 01/16/2008 | ORDER DEBIT | -22.36 | 2.53 |
| 01/15/2008 | RELEASE FUNDS | -6.22 | 24.89 |
| 01/09/2008 | RELEASE FUNDS | -3.90 | 31.11 |
| 01/09/2008 | CREDIT | 35.00 | 35.01 |
| 01/09/2008 | ORDER DEBIT | -0.03 | 0.01 |
| 12/19/2007 | ORDER DEBIT | -0.15 | 0.04 |
| 12/11/2007 | ORDER DEBIT | -21.34 | 0.19 |
| 12/05/2007 | RELEASE FUNDS | -8.50 | 21.53 |
| 12/05/2007 | CREDIT | 30.00 | 30.03 |
| 12/04/2007 | ORDER DEBIT | -0.15 | 0.03 |
| 11/27/2007 | ORDER DEBIT | -14.08 | 0.18 |
| 11/18/2007 | ORDER DEBIT | -37.90 | 14.26 |
| 11/17/2007 | RETURN CREDIT | 34.67 | 52.16 |
| 11/14/2007 | ORDER DEBIT | -34.67 | 17.49 |
| 11/06/2007 | CREDIT | 25.00 | 52.16 |
| 11/03/2007 | RETURN CREDIT | 2.16 | 27.16 |
| 10/31/2007 | CREDIT | 25.00 | 25.00 |
| 10/31/2007 | ORDER DEBIT | -2.16 | 0.00 |
| 10/24/2007 | ORDER DEBIT | -10.73 | 2.16 |
| 10/22/2007 | RETURN CREDIT | 12.26 | 12.89 |
| 10/17/2007 | ORDER DEBIT | -12.26 | 0.63 |
| 10/11/2007 | ORDER DEBIT | -32.45 | 12.89 |
| 10/05/2007 | ORDER DEBIT | -3.95 | 45.34 |
| 10/03/2007 | CREDIT | 40.00 | 49.29 |
| 10/01/2007 | RETURN CREDIT | 0.97 | 9.29 |

↑ Six month start

| | | | |
|---|---|---|---|
| 09/28/2007 | ORDER DEBIT | -17.33 | 8.32 |
| 09/27/2007 | LAW LIBRARY | -1.50 | 25.65 |
| 09/21/2007 | CREDIT | 20.00 | 27.15 |
| 09/20/2007 | ORDER DEBIT | -3.09 | 7.15 |
| 09/06/2007 | ORDER DEBIT | -29.76 | 10.24 |
| 09/05/2007 | CREDIT | 10.00 | 40.00 |
| 09/05/2007 | CREDIT | 30.00 | 30.00 |
| 08/30/2007 | ORDER DEBIT | -1.06 | 0.00 |
| 08/23/2007 | ORDER DEBIT | -2.84 | 1.06 |
| 08/15/2007 | ORDER DEBIT | -4.87 | 3.90 |
| 08/10/2007 | ORDER DEBIT | -12.14 | 8.77 |
| 08/02/2007 | ORDER DEBIT | -32.17 | 20.91 |
| 07/25/2007 | ORDER DEBIT | -28.32 | 53.08 |
| 07/24/2007 | CREDIT | 50.00 | 81.40 |
| 07/22/2007 | RETURN CREDIT | 25.92 | 31.40 |
| 07/19/2007 | ORDER DEBIT | -25.92 | 5.48 |
| 07/09/2007 | RETURN CREDIT | 0.97 | 31.40 |
| 07/05/2007 | CREDIT | 30.00 | 30.43 |
| 07/02/2007 | ORDER DEBIT | -0.97 | 0.43 |
| 06/28/2007 | ORDER DEBIT | -1.94 | 1.40 |
| 06/21/2007 | ORDER DEBIT | -8.71 | 3.34 |
| 06/14/2007 | ORDER DEBIT | -9.84 | 12.05 |
| 06/13/2007 | CREDIT | 10.00 | 21.89 |
| 05/31/2007 | ORDER DEBIT | -25.23 | 11.89 |
| 05/31/2007 | CREDIT | 35.00 | 37.12 |
| 05/24/2007 | ORDER DEBIT | -18.06 | 2.12 |
| 05/21/2007 | CREDIT | 20.00 | 20.18 |
| 05/17/2007 | ORDER DEBIT | -0.59 | 0.18 |
| 05/10/2007 | ORDER DEBIT | -20.76 | 0.77 |
| 05/10/2007 | CREDIT | 20.00 | 21.53 |
| 05/03/2007 | ORDER DEBIT | -8.22 | 1.53 |
| 04/26/2007 | ORDER DEBIT | -1.65 | 9.75 |
| 04/19/2007 | ORDER DEBIT | -7.18 | 11.40 |
| 04/12/2007 | ORDER DEBIT | -31.55 | 18.58 |
| 04/11/2007 | CREDIT | 50.00 | 50.13 |
| 03/29/2007 | ORDER DEBIT | -0.20 | 0.13 |
| 03/22/2007 | ORDER DEBIT | -5.05 | 0.33 |
| 03/15/2007 | ORDER DEBIT | -35.96 | 5.38 |
| 03/08/2007 | ORDER DEBIT | -44.13 | 41.34 |
| 02/28/2007 | CREDIT | 10.00 | 85.47 |
| 02/15/2007 | CREDIT | 50.00 | 75.47 |
| 02/09/2007 | CREDIT | 25.00 | 25.47 |
| 01/25/2007 | ORDER DEBIT | -49.85 | 0.47 |
| 01/18/2007 | CREDIT | 50.00 | 50.32 |
| 12/28/2006 | ORDER DEBIT | -6.00 | 0.32 |
| 12/13/2006 | ORDER DEBIT | -9.96 | 6.32 |
| 12/06/2006 | ORDER DEBIT | -33.76 | 16.28 |
| 12/04/2006 | CREDIT | 50.00 | 50.04 |
| 11/30/2006 | ORDER DEBIT | -8.15 | 0.04 |
| 11/27/2006 | CREDIT | 8.19 | 8.19 |

© 2004 ARAMARK Corporation. All Rights Reserved