IN THE UNITED STATES DISTRICT COURT:
NORTHERN DISTRICT OF Illinois

FILED
APR - 2 2008
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

1. PAUL J. TAYLOR
2. PLAINTIFF
3. V
4. SUPERINTENDENT SNOOKS et, al.;
5. DEFENDANT(S)

Case No. #1:07C 6799
THE HONORABLE JUDGE: DER-YAGHIAYAN:

MOTION FOR INFORMA PAUPERIS:

8. Now Come(s), Plaintiff Paul J. Taylor, (Pro-se) Incarcerated
9. at the Cook County Jail. Request Motion for Informa
10. Pauperis, The Honorable Judge Der-Yaghiayan, Order the
11. Plaintiff, to pay the Informa Pauperis, by April 1st, 2008;
12. The Plaintiff, made a terrible mistake. The Plaintiff
13. stated that, he, was/did Receive Social Security Inco-
14. me in the amount of $10,000 a month. This is Not true.
15. I do appologise to this Honorable Court. The Plaintiff only
16. Receive 600, 10, 00 — Six Hundred Ten Dollars, a month
17. to the very best of his knowing. The payments stopped,
18. on about November, December, 2005; He is being
19. supported by his family, for the last 8.5 years. The
20. Last day of employment was approximately, in December
21. January, 1998, The Ultima Hotel; 3200 Camelback,
22. Road, Phoenix, Arizona 85016. I hereby duly swear
23. that this is true to the very best of my knowing under
24. the penalty of perjury 28 U.S.C.A 1746.
25. Respectfully submitted this 27 day of March, 2008;

1