07cv6799

Dear, Clerk of the Court:
Prisoner Correspondence
United States District Court
Northern District
Eastern Division.

**FILED**
APR - 2 2008
4-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Refusing Access to the Court:
Date March 28th 2008:

Dear, Clerk, of the Court;
Prisoner Correspondence: Paul J. Taylor, v. Superintendent Snooks:
et, al, Defendants). Case No.# 1:07 C 6799

Mama/Sir:
I am going through terrible times, here at the Cook County Department of Correction; I can't receive copies, from Mrs. Brown the Law Librarian. I wrote the Superintendent, Mr. Salazar, and Supervisor, Mrs. Cooper. It's been over two and one half weeks, sense Division 9 allowed me to be schedule to the Law Library. I can't study research my case. The Honorable Judge Dow, gave me 45 Days, to answer my response to the Defendants, motion to dismiss the complaint. I can't get to the Law Library, to study the two books, Federal Rules of Civil Procedures, 42 U.S.C. 1983 and the Illinois Code Statue 735 ILCS 5/13-202. I don't need more time, I need a court order for filling, and study my case in case in a timely manner. I will enclosure my affidavit in support of motion for injunction/temporary restraining order.

1