## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6799 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Paul Darnell Taylor (#2006-0080893) vs. Superintendant Snooks, et al. | | |

**DOCKET ENTRY TEXT**

On March 13. 2008, we denied Plaintiff Paul Darnell Taylor's ("Taylor") motion for leave to proceed *in forma pauperis*. We gave Taylor until April 1, 2008, to either file an accurately and properly completed *in forma pauperis* application form or pay the filing fee. We also warned Taylor that if he failed to either file an accurately and properly completed *in forma pauperis* application form or pay the filing fee by April 1, 2008, this action would be dismissed. The deadline has passed and Taylor has not paid the filing fee or filed an *in forma pauperis* application form as required. Therefore, we dismiss the instant action. All pending motions and request are hereby denied as moot. Civil case terminated.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | maw |