IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

MHN
07CV6799

Paul J. Taylor
    Plaintiff
v.
Doctor; Contour
    Defendant(s)

Case No. # 1:08 C. 0134  (1:07 C. 6799)

THE HONORABLE JUDGE DER-YAGHITCAYANI

FILED
MAY 30 2008
5-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR EXTENTION OF TIME,
TO FILE JOINERS / EDITIONAL PAPERS:

Now Comes, Plaintiff Paul Arnel Taylor, Requests this Honorable Court in the above style caption Motion for Extention of Time, to file Joiners / Editional Papers.

1.) That, the Plaintiff, is incarcerated at the Chicago Cook - County Department of Corrections. That, the Defendant(s), continue to violating the Plaintiff, Constitutional Rights, to the 14th, 1st, 6th, Amendment Rights guaranteed by the Constitutional Law of the United States Constitution to the United States Constitution of America.

2.) That, without the additional defendants, the Defendants, is order to answer is meritless, to some facts of this case. That the Plaintiff, can prove his case with the new evidence that, has surface to the Plaintiff's Hands. The Plaintiff, will have editional grievance, exhibits, and papers, to illustrate his case and reasons.

1

3.) That, the Defendant(s); to be added actions is so reckless, malice, meliciously, done they must be order to answer the allegations that will be added in the motion to add additional joiners.

4.) All parties; acted in their individual & official capacity; there is approximately (10-ten) additional joiners;

a.) Sheriff Tom Dart, Head Sheriff of Cook County; He approved a system that ~~in forinois~~ disrupts, violates all rights to the (Due process clause) and (compulsory — process) by the 6th Amendment, the first, 1st Amendment by right to petition the Honorable Courts. Please see Motion for Injunctive/Injunction & Affidavit in support of Motion for Injunction/Temporary Restraining Order (T.R.O.)

b.) The Level System Holds (Pre-Trial) Detainee's; in Administrative, Segragation, for Excessive Time. And the Level System; violates any privacy with their Counsel and/or Attorney. The pre-trial detainee; must be in (sight, and view) of the Cook County Sheriffs, at all time. Even if you are having appriate legal confidentiality conversation. We are not to step away 5 feet for legal consulting; this must stop!!! They have figure out a way to overthrow the 6th Amendment—

1.
2. b.) — Rights' to consult with Attorney/Counsel, and
3. consult in private. This constitutes a violation of the
4. Right to Effective Assistance of Counsel, and to consult
5. in private, discussing legal strategy. To the United States
6. Constitution to the United States Constitution of America.
7.
8. 5.) We have to study our cases, with handcuffs, and leg-irons,
9. on in the Law Library. We are refused Law Library unless
10. you have (a court order) even if you're (pro-se) against their
11. very own policy/procedures, Rule & Regulation of the Department
12.
13. 6.) For all the reasons set forth herein. The Plaintiff, pray
14. for two weeks, enlargement of time, to add joinders,
15. to this civil action! The Level System caused one of
16. Plaintiff's 1983 civil actions Paul N. Taylor V. Superintendent
17. Snooks, et, al., Defendants, thrown out, April 3, 2008. The
18. parties added will and is crucial to the entire case.
19.
20. Wherefore Plaintiff, do pray that the Honorable Court
21. will give Plaintiff time, to add atleast (Ten - 10)
22. new Defendants to this 42 § U.S.C.A. 1983 Civil Action
23. for all the above reasons set forth herein.
24.
25. Respectfully Submitted By Paul N. Taylor  2006-00080893
26. May 19, 2008:  
      Paul N. Taylor
27.

3.

EXHIBIT  1

Part-A / Control #: ___X___

Referred To: _Mail Room_

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Taylor, Paul**  First Name: **Taylor, Paul**

ID #: **2006-0080893**  Div.: **9**  Living Unit: **1-H**  Date: **4/10/08**

BRIEF SUMMARY OF THE COMPLAINT: **LEGAL MAIL!**
THEIR IS NO LEGAL MAIL SYSTEM, MY MAIL CAME BACK, ON MARCH 28, 2008, AND APRIL 8, 2008. I TOLD OFFICER, FELTON, WHOM WITNESSED THE DAMAGE LEGAL MAIL, AND RETURN OF LEGAL MAIL TO U.S. DISTRICT COURT AND PUBLIC DEFENDER, MR. EDWIN A. BURNETTE. HE OFFICER FELTON, SEATON, TOLD SGT. ZULLIOA, HE TOOK MY PHOTO COPY OF THE RETURN LEGAL MAIL. HOWEVER, HE NEVER STATED IF HE DID A INCIDENT/INFORMATION REPORT? MY MAIL WAS NOT SENT SEPERATED FROM REGULAR/STANDARD MAIL, WHEN I DID RECEIVE THE RETURN LEGAL MAIL, IT WAS RIPPED/TORN OPEN.

ACTION THAT I REQUEST: THAT SOMEONE SHOULD SUPERVISE THE MAIL ROOM FOR SEPERATION OF LEGAL MAIL AND STANDARD MAIL. ALL LEGAL MAIL, SHOULD BE REGISTERED BEFORE SENDING OUT FOR PROOF OF SERVICE, AND A SUPERVISOR WRITE OUT/IN LEGAL MAIL, AND ALL DETAINEE

ACTION THAT YOU ARE REQUESTING: SHALL SIGN THEY RECEIVED LEGAL MAIL, BY A DESIGN OFFICER, WHOM BRING DETAINEE'S THEIR LEGAL MAIL

DETAINEE SIGNATURE: _Paul_

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: **4/28/08**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)