Dear: To Whom This Letter May Concern:
Prisoner Correspondence:
219 So. Dearborn St.
Chicago, Il 60604

**FILED**
JUN 2 4 2008
JUN 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Copies:
Date June 18, 2008

Dear; Supervisor;

Hello; My Name is Paul D. Taylor. I'm Incarcerated at the Cook County Department of Correction; Division IX 1-H. I have not received any of my Brief's, Affidavits, Motions. I filed a Motion to Extention of Time, Case 1:07 C 6799 & 1:08 C 0134; I have not received my Copy. I sent Three (3) One Original Two Copies. I have not receive a copy after mailing via First Class Legal Mail, in over a month. My Brief; was on Case - Paul D. Taylor, V. Chicago Police Department, et al, Defendant(s); 1:07 C 5097; April 17, 2008; It was filed, Approximately. I Don't know what's going on. However, I know that, there been in mailed out. Please send me a Copy of My Motion for Time; 1:07 C 6799 - 1:08 C 0134; My Brief, filed in April, 2008; Please; Thank you.

Respectfully Submitted This 18th Day of June, Month 2008, Year,
By: Paul Jr., P.O. Box 089002; Chicago, Ill 60608.

1