## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6799 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Paul Darnell Taylor (#2006-0080893) vs. Superintendent Snooks | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for an extension of time [16] is denied.

■[ For further details see text below.]           Docketing to mail notices.

### STATEMENT

     This matter is before the court on Plaintiff Darnell Taylor's ("Taylor") *pro se* motion for an extension of time and on Taylor's *pro se* letter ("Letter") dated June 18, 2008. On April 3, 2008, we dismissed the instant action and on April 4, 2008, we entered judgment in this action. Taylor subsequently filed a motion requesting an extension of time to file additional documents in this case. However, his request for an extension of time to file additional documents is untimely since this action has already been terminated. To the extent that the motion for an extension could be liberally construed as a motion to reconsider the April 3, 2008 ruling, Taylor has not provided sufficient justification for why he could not have sought leave to file additional documents prior to the termination of the instant action and Taylor has not shown that the court erred in dismissing the instant action.

     Taylor has also sent the Letter to the court, indicating that he has not received copies of certain documents and indicating that he does not know the status of this case. Taylor does not seek any specific legal relief in the Letter and, to the extent that the Letter could be liberally construed as a motion to reconsider the April 3, 2008 ruling, Taylor has not shown that the court erred in dismissing the instant action. Therefore, we deny the motion for an extension and, to the extent that the motion for an extension or the Letter constitute motions for reconsideration, we deny those motions as well.